AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of Columbia

Gregory Martens

v.

United States

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:05CV 01805 RMC

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4TH Street NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory Martens
4262 S. Nucla Way
Aurora, CO 80013
303-680-9756

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    11/17/05

CLERK                                          RECEIVED

(By) DEPUTY CLERK                              JAN 3 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DEC. 16, 2005 |
| NAME OF SERVER (PRINT) GREG MARTENS | TITLE NA |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL # 7005 1160 0002 9738 9934 PURSUANT TO RULE 4(i)(1) FED. R. CIV. P.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES U.S. POSTAL SERVICE | TOTAL $5.11 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  DEC. 28, 05       *[signed] Greg Martens*
                Date                         Signature of Server

4262 S. Nucla Way, Aurora Co
Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
KENNETH L. WAINSTEIN
UNITED STATE ATTORNEY
DISTRICT OF COLUMBIA
555 4TH STREET NW
WASHINGTON, DISTRICT OF COLUMBIA
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X *[signed]*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  DEC 28 2005   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7005 1160 0002 9738 9934

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540