# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Gregory Martens,

        Plaintiff(s),

v.

United States

        Defendant.

Case No. **1:05-cv-01805 RMC**

REQUEST FOR ENTRY OF DEFAULT

1. Plaintiff(s) request that default be entered forthwith against defendant.

2. The record shows that plaintiffs filed a complaint in the instant matter on September 12, 2005;

3. The record shows that plaintiffs served the United States Attorney the summons and complaint on December 16, 2005.

4. The record shows that the defendants' answer was due on February 14, 2006

5. The record is silent as to defendant requesting an extension of time to answer.

6. The record shows that defendant has not answered the aforementioned complaint nor has defendant defended in this matter whatsoever.

Wherefore, inasmuch as the record in this matter is clear as to defendants failure to defend in this matter plaintiffs are entitled to entry of default forthwith against defendant as a matter of law.

Dated MAR. 15TH, 2006

_Gregory Martens_
Gregory Martens
4262 S Nucla Way
Auroa CO 80013
303-680-9756

RECEIVED

MAR 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gregory Martens,

          Plaintiff(s),

v.

United States

          Defendant.

Case No. 1:05-cv-01805 RMC

ORDER

Having considered the Motion for entry of Default filed by the plaintiffs and the entire record of these proceedings, it is clear to the court that plaintiffs are entitled to entry of default as a matter of law, it is by the Court

    ORDERED that the motion is Granted and it is further

    ORDERED that the clerk shall distribute copies of this order to all parties to this action.

    SO ORDERED this ____ day of _____ 2006

                                                      _____
                                                      United States District Judge

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing and a copy of the amended complaint on defendant's attorney at his address of record.

Dated  MARCH 15 TH , 2006

*Gregory Martens*
Gregory Martens