Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GREGORY MARTENS

　　　　Plaintiff(s)

　　v.

Civil Action No. 05-1805

UNITED STATES

　　　　Defendant(s)

RE: UNITED STATES

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 12/16/2005, and an affidavit on behalf of the plaintiff having been filed, it is this 21st day of March, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
　　　　Deputy Clerk