IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY MARTENS | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-1805 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO VACATE ENTRY OF DEFAULT

DEFENDANT, the United States of America, by and through its attorneys and pursuant to Fed. R. Civ. P. 55(c), moves for relief from the default entered by the Clerk in this case on March 21, 2006.

As grounds for this motion, the United States asserts that the default must be vacated for the following reasons:

1. plaintiffs failed to properly serve the United States with a summons and complaint, and therefore, the Court lacks jurisdiction over the person of the United States; and

2. the Court lacks subject matter jurisdiction over the complaint, due to plaintiffs' failure to exhaust administrative remedies prior to filing their suit.

The foregoing grounds for relief are more fully set forth and discussed in a memorandum of law served and filed herewith.

The specific relief sought by this motion is vacation of the default entered on March 21, 2006.

Date: March 29, 2006.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6390

OF COUNSEL:

KENNETH W. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' MOTION TO VACATE ENTRY OF DEFAULT was served on March 29, 2006 by First-Class Mail, postage prepaid, addressed to the following persons:

>Gregory Martens
>Plaintiff *pro se*
>4262 S. Nucla Way
>Aurora, CO 80013

           /s/     Pat S. Genis
           PAT S. GENIS, #446244