IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY MARTENS | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-1805 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Having considered the United States' motion to vacate entry of default, any opposition thereto, and the entire record in this matter, it is

ORDERED that the United States' motion to vacate entry of default be and is GRANTED;

ORDERED that the entry of default against the United States entered on March 21, 2006, be and is VACATED; and it is further

ORDERED that the United States shall have until _____, 2006 to answer or otherwise respond to plaintiff's amended complaint; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Gregory Martens
Plaintiff *pro se*
4262 S. Nucla Way
Aurora, CO 80013

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the United States' proposed ORDER was served on March 29, 2006 by First-Class Mail, postage prepaid, addressed to the following persons:

> Gregory Martens
> Plaintiff *pro se*
> 4262 S. Nucla Way
> Aurora, CO 80013

        /s/   Pat S. Genis
        PAT S. GENIS, #446244