UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREGORY MARTENS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1805 (RMC) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Plaintiff, proceeding *pro se*, filed a complaint in this matter on September 12, 2005. Defendant having been served but having failed to answer or otherwise respond in the time prescribed, the Clerk, on Plaintiff's motion, entered default as to Defendant on March 21, 2006. Before the Court is Defendant's Motion to Vacate Entry of Default [Dkt. #6], filed March 29, 2006.

Plaintiff Gregory Martens is advised that the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to [a] motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

**ORDERED** that Mr. Martens shall respond to Defendant's Motion to Vacate Entry of Default [Dkt. #6] by **April 28, 2006**. If he does not respond by that date, the Court will treat the motion as conceded and will set aside the Clerk's entry of default.

**SO ORDERED**.

Signed: April 12, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge