IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY MARTENS | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-1805 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS COMPLAINT

DEFENDANT, the United States of America, by and through its attorneys and pursuant to Fed. R. Civ. P. 12(b)), moves for dismissal of plaintiff's complaint. As grounds for this motion, the United States asserts that plaintiff failed to properly serve the United States and to exhaust his administrative remedies before filing a claim for damages. A memorandum of law and proposed order are served and filed with this motion.

The specific relief sought by this motion is the dismissal of plaintiff's complaint.

Date: February 16, 2007.        Respectfully submitted,

                                     /s/ Pat S. Genis
                                 PAT S. GENIS, #446244
                                 Trial Attorney, Tax Division
                                 U.S. Department of Justice
                                 Post Office Box 227
                                 Washington, D.C.  20044
                                 Telephone/FAX: (202) 307-6390/514-6866
                                 Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS COMPLAINT was served on February 16, 2007 by First-Class Mail, postage prepaid, addressed to the following persons:

> Gregory Martens
> Plaintiff *pro se*
> 4262 S. Nucla Way
> Aurora, CO 80013

/s/   Pat S. Genis
PAT S. GENIS, #446244