IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY MARTENS | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-1805 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Gregory Martens
Plaintiff *pro se*
4262 S. Nucla Way
Aurora, CO 80013

1619774.1

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the United States' proposed ORDER was served on February 16, 2007 by First-Class Mail, postage prepaid, addressed to the following persons:

>Gregory Martens
>Plaintiff *pro se*
>4262 S. Nucla Way
>Aurora, CO 80013

>　　　/s/    Pat S. Genis
>PAT S. GENIS, #446244