IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY MARTENS | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-1805 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the United States' MOTION TO DISMISS COMPLAINT, MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION TO DISMISS COMPLAINT and proposed ORDER were served on February 16, 2007, by United States mail, postage prepaid, addressed to the following persons:

> Gregory Martens
> Plaintiff *pro se*
> 4262 S. Nucla Way
> Aurora, CO 80013

                                                    /s/   Pat S. Genis
                                                  PAT S. GENIS, #446244