UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY MARTENS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1805 (RMC) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to dismiss [Dkt. #13] is **GRANTED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: July 6, 2007